**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 441 MAL 2023

           Respondent              :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

           v.                       :

                                     :

JOSEPH EDWARD WILLIAMS,        :

                                     :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 23rd day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.